**UNITED STATES of America, Plaintiff–Appellee,**

v.

**Andre Gerard LEWIS, Defendant– Appellant.**

No. 01–7245.

United States Court of Appeals, Fourth Circuit.

Submitted Oct. 4, 2001.

Decided Oct. 12, 2001.

Andre Gerard Lewis, pro se. John Staige Davis, V, Office of the United States Attorney, Richmond, VA for appellee.

Before NIEMEYER, LUTTIG, and MICHAEL, Circuit Judges.

PER CURIAM.

Andre Gerard Lewis seeks to appeal the district court's order denying his motion filed under 28 U.S.C.A. § 2255 (West Supp.2001). We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we deny

Lewis' motion for a certificate of appealability and dismiss the appeal on the reasoning of the district court. *See United States v. Lewis,* Nos. CR–99–314; CA–01– 88–3 (E.D.Va. July 19, 2001). We deny Lewis' motion for inspection of grand jury transcripts. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*DISMISSED.*